UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dana Nelson                           :
                                      :
                                      :    Civil Action No._____
v.                                    :
                                      :    JURY TRIAL DEMANDED
Town of Hooksett Police Dept., et al. :
                                      :

## NOTICE OF REMOVAL TO CLERK OF COURT

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) (Federal Question – 28 U.S.C. § 1331); AND U.S.C. § 1446 (Procedure for Removal)**

NOW COME the Defendants, Hooksett Police Department and Nicholas Kapteyn and submit this Notice of Removal pursuant to 28 U.S.C. § 1441(B) (Federal Question – 28 U.S.C. § 1331), and 28 U.S.C. § 1446 (Procedure for Removal), and state the following:

1. Plaintiff commenced a state court action entitled *Dana Nelson v. Hooksett Police Department, et al.*, Merrimack County Superior Court, Docket No. 217-2026-CV-00012, through service upon the Defendants.  A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2. This civil action is removable under 28 U.S.C. § 1441 because Plaintiff alleges violations of federal law against the Defendant, specifically, pursuant to 42 U.S.C. § 1983.  *See* Complaint Counts I-III.

3. The United States District Court for the District of New Hampshire has proper subject matter jurisdiction over and is the proper venue for all claims in this action.

4. The time for removal has not expired, as Defendants were not served in this matter until on or after January 26, 2026.  (Defendants Estevez and Wilson do not appear to have been served at this time.)

5. A copy of this notice of removal has been sent to Plaintiff (Exhibit B) and to the Merrimack County Superior Court (Exhibit C).

6. A Civil Cover Sheet is filed herewith (Exhibit D).

Respectfully submitted,

HOOKSETT POLICE DEPARTMENT and
NICHOLAS KAPTEYN

By their Attorneys,

Cullen Collimore Shirley PLLC

Dated:  February 24, 2026          By: /s/ Brian J.S. Cullen
                                   Brian J. S. Cullen, Esquire
                                   NH Bar # 11265
                                   37 Technology Way, Suite 3W2
                                   Nashua, NH  03060
                                   (603) 881-5500
                                   bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record and emailed this date to Plaintiff's Counsel.

Dated:  February 24, 2026          /s/ Brian J.S. Cullen
                                   Brian J.S. Cullen

2