# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED

JAN 0 2 2026

By _____

Court Name: **Merrimack Superior Court**

Case Name: **Dana Nelson v Hooksett Police Department**

Case Number: _____
(if known)

## COMPLAINT

Requested:  ☑ Jury Trial (as allowed by law)  ☐ Bench Trial

1. Plaintiff's Name _DANA NELSON_

   Residence Address _16501 WILDCAT DR FT MYERS, FL 33913_

   Mailing Address (if different) _____

   Telephone Number (Home) _____ (Mobile) _____

2. Defendant's Name **See Attached** _____

   Residence Address _____

   Mailing Address (if different) _____

3. First thing that happened (in one sentence):

   **See Attached**

   _____
   _____
   _____
   _____
   _____

4. Second thing that happened (in one sentence):

   **See Attached**

   _____
   _____
   _____
   _____
   _____

5. Third thing that happened (in one sentence):

   **See Attached**

   _____
   _____
   _____
   _____
   _____

Continue on using separately numbered paragraphs (attach additional sheets if necessary). *SEE BACK*

NHJB-2688-Se (07/01/2018)                    Page 1 of 2

6) ON 5/7/29, Hooksett Police DepARtment Released, To Becky Nelson, A Clip for a Smith & Wesson 9mm Loaded w/ Bullets. This WAs Released from evidence, Illegally Siezed from my Residence. Hooksett Police had No Legal Right to Remove it from evidence & Give it to Becky Nelsin without my Consent. Please see Attach foRM stating As such from Hooksett Police.

Case Name: __Dana Nelson v Hooksett Police Department__

Case Number: _____

**COMPLAINT**

For the reasons stated in this Complaint, I request that the Court issue the following orders:

A. Describe the orders you want the Court to make:

**See Attached**

_____

_____

_____

_____

_____

_____

B. All other relief the Court deems fair and just.

**Dana Nelson** _____
Name of Filer

| | |
|---|---|
| Signature of Filer | Date 11/3/25 |

_____  _____
Law Firm, if applicable     Bar ID # of attorney

**(603) 315-2343**
Telephone

**16501 Wildcat Dr**
Address

**dnelson82618@comcast.net**
E-mail

**Ft Myers**       **FL** ▾       **33913**
City                State        Zip code

## STATE OF NEW HAMPSHIRE
## MERRIMACK COUNTY SUPERIOR COURT

Docket No. _____

Dana Nelson,
Plaintiff,

v.

Town of Hooksett Police Department, Officer Jay Wilson, Officer Nicholas Kapteyn, and
Officer Jordan Estevez,
Defendants.

## COMPLAINT

(Excessive Use of Force, Illegal Search and Seizure, and False Imprisonment)

### I. PARTIES

1. Plaintiff Dana Nelson is an adult resident of Fort Myers, Florida, residing at 16501
Wildcat Drive, Fort Myers, FL 33913, and formerly residing at 1298 Smyth Road, Unit #7,
Hooksett, NH 03106.
2. Defendant Town of Hooksett Police Department ("Hooksett PD") is a municipal law
enforcement agency organized under the laws of the State of New Hampshire.
3. Defendants Officer Jay Wilson, Officer Nicholas Kapteyn, and Officer Jordan Estevez are
sworn police officers employed by Hooksett PD and, at all times relevant, were acting under
color of state law and within the scope of their employment.

### II. JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in the Merrimack County Superior Court pursuant to
RSA 491:7 because the acts and omissions giving rise to this action occurred in Hooksett,
New Hampshire.

### III. STATEMENT OF FACTS

5. On or about May 4, 2024, Plaintiff's daughter contacted the Hooksett Police Department
requesting a wellness check on Plaintiff.
6. Plaintiff was contacted by police dispatch and was asked to meet responding officers at
his front door to speak with them. Plaintiff voluntarily agreed.
7. When Plaintiff opened the front door of his residence, he was confronted by two officers
pointing their firearms directly at him, shouting commands to "put your hands up" and
"where is the gun."
8. Plaintiff was unarmed, cooperative, and posed no threat to the officers or anyone else.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Enter judgment in favor of the Plaintiff and against all Defendants;

B. Award compensatory damages in the amount of Two Million Dollars ($2,000,000) for emotional distress, humiliation, and violation of constitutional rights;

C. Order the return of all lawfully owned firearms seized from Plaintiff;

D. Award costs and reasonable attorney's fees as permitted by law; and

E. Grant such other and further relief as the Court deems just and proper.


Respectfully submitted,

Dana Nelson
Pro Se Plaintiff
16501 Wildcat Drive
Fort Myers, FL 33913
Tel: (603) 315-2343
Date: 11/3/2025